# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Stovall Jr, Lee<br>Stovall, Jessie<br>Debtors | §<br>§<br>§<br>§ | Case No. 10 B 38364 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/27/2010.

2) The plan was confirmed on 02/03/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/26/2011.

5) The case was dismissed on 05/26/2011.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $11,463.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

    Total paid by or on behalf of the debtor      $4,000.00

    Less amount refunded to debtor      $0

**NET RECEIPTS:**      $4,000.00

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $2,198.09

    Court Costs      $0

    Trustee Expenses & Compensation      $227.99

    Other      $0

**TOTAL EXPENSES OF ADMINISTRATION:**      $2,426.08

Attorney fees paid and disclosed by debtor      $1,090.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BAC Home Loan Servicing LP | Secured | $16,398.57 | $16,398.57 | $16,398.57 | $0 | $0 |
| BAC Home Loan Servicing LP | Secured | $244,246.00 | $244,246.04 | $244,246.04 | $0 | $0 |
| CitiFinancial Auto Credit Inc | Secured | $9,425.00 | $9,425.00 | $9,425.00 | $1,573.92 | $0 |
| Activity Collection Svc | Unsecured | NA | $2,040.00 | $2,040.00 | $0 | $0 |
| Activity Collection Svc | Unsecured | $2,040.00 | $2,040.00 | $2,040.00 | $0 | $0 |
| Affiliated | Unsecured | $448.00 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $502.00 | NA | NA | $0 | $0 |
| Allied Collection Services | Unsecured | $161.00 | NA | NA | $0 | $0 |
| American Collection Corp | Unsecured | $301.00 | NA | NA | $0 | $0 |
| Americollect Inc | Unsecured | $8,139.00 | NA | NA | $0 | $0 |
| Avon Products | Unsecured | $330.00 | NA | NA | $0 | $0 |
| Boulder Credit Service | Unsecured | $586.00 | $585.73 | $585.73 | $0 | $0 |
| Bradford Exchange | Unsecured | $44.86 | NA | NA | $0 | $0 |
| Calvary Portfolio | Unsecured | $660.00 | NA | NA | $0 | $0 |
| Candica LLC | Unsecured | $799.00 | $1,106.46 | $1,106.46 | $0 | $0 |
| Capital One Auto Finance | Unsecured | $11,355.00 | $12,466.16 | $12,466.16 | $0 | $0 |
| Chase | Unsecured | $607.93 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CitiFinancial Auto Credit Inc | Unsecured | $5,543.00 | $7,021.86 | $7,021.86 | $0 | $0 |
| City Of Chicago | Unsecured | $63.00 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $500.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,930.40 | $2,325.60 | $2,325.60 | $0 | $0 |
| City of Chicago Heights | Unsecured | $550.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $750.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Credit One Bank | Unsecured | $599.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $341.00 | NA | NA | $0 | $0 |
| Electronic Merchant Systems | Unsecured | $1,659.00 | $1,659.00 | $1,659.00 | $0 | $0 |
| Family Christian Health Center | Unsecured | $48.00 | NA | NA | $0 | $0 |
| First Hudson Leasing | Unsecured | $500.00 | NA | NA | $0 | $0 |
| First Hudson Leasing | Unsecured | $1,659.00 | NA | NA | $0 | $0 |
| Guaranty Bank | Unsecured | NA | $585.73 | $585.73 | $0 | $0 |
| Home Shopping Network | Unsecured | $1,034.92 | NA | NA | $0 | $0 |
| Homewood Disposal Service, In | Unsecured | $987.15 | NA | NA | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | $335.00 | $371.84 | $371.84 | $0 | $0 |
| HSBC Bank USA | Unsecured | $4.00 | NA | NA | $0 | $0 |
| Illinois Bell Telephone Company | Unsecured | $500.00 | $426.75 | $426.75 | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $2,675.45 | $2,762.45 | $2,762.45 | $0 | $0 |
| Ingalls Midwest Emergency | Unsecured | $341.00 | NA | NA | $0 | $0 |
| Lansing 24hr Currency Exchange | Unsecured | $137.00 | NA | NA | $0 | $0 |
| Mason | Unsecured | $134.99 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $1,696.00 | NA | NA | $0 | $0 |
| Monroe Medical Associates | Unsecured | $154.75 | $154.75 | $154.75 | $0 | $0 |
| Municipal Collection Services | Unsecured | $250.00 | $1,690.00 | $1,690.00 | $0 | $0 |
| Narda Credit Union | Unsecured | $452.00 | NA | NA | $0 | $0 |
| Paychex Inc | Unsecured | $227.31 | $227.31 | $227.31 | $0 | $0 |
| Peoples Energy Corp | Unsecured | NA | $7,074.44 | $7,074.44 | $0 | $0 |
| Radiology Image | Unsecured | $13.75 | NA | NA | $0 | $0 |
| Radiology Image | Unsecured | $13.75 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Respiratory Medicine Associates | Unsecured | $100.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Resurgent Capital Services | Unsecured | NA | $569.47 | $569.47 | $0 | $0 |
| Reveliotis Law | Unsecured | $12,000.00 | $14,750.00 | $14,750.00 | $0 | $0 |
| Sam Club | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Seventh Avenue | Unsecured | $153.00 | NA | NA | $0 | $0 |
| Southwest Eye Center | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Transworld | Unsecured | $96.82 | NA | NA | $0 | $0 |
| Village of Riverdale | Unsecured | $684.00 | NA | NA | $0 | $0 |
| Village of Riverdale | Unsecured | $50.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $244,246.04 | $0 | $0 |
| Mortgage Arrearage | $16,398.57 | $0 | $0 |
| Debt Secured by Vehicle | $9,425.00 | $1,573.92 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $270,069.61 | $1,573.92 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $57,857.55 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,426.08 |
| Disbursements to Creditors | $1,573.92 |
| **TOTAL DISBURSEMENTS:** | $4,000.00 |

UST Form 101-13-FR-S (09/01/2009)

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 12, 2011              By:  /s/ MARILYN O. MARSHALL
                                               Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)